IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DUANE EDWARD MORRIS,　　　　　　*

　　　　　Plaintiff,　　　　　　　　*

v.　　　　　　　　　　　　　　　　Case No.   4:21-CV-196-CDL-MSH

　　　　　　　　　　　　　　　　　*

SHERIFF GREG COUNTRYMAN,

　　　　　　　　　　　　　　　　　*

　　　　　Defendant.

　　　　　　　　　　　　　　　　　*

**J U D G M E N T**

Pursuant to this Court's Order dated May 26, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 26th day of May, 2022.

　　　　　　　　　　　　　　　　　David W. Bunt, Clerk


　　　　　　　　　　　　　　　　　s/ Elizabeth S. Long, Deputy Clerk